IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

KEITH THOMAS CARPENTIER,                                           PETITIONER
Reg. #40390-044

v.                                      2:17CV00052-JM

GENE BEASLEY, Warden                                                  RESPONDENT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. The Petition for Writ of Habeas Corpus (Doc. No. 1) is DISMISSED and the requested relief is DENIED.

DATED this 12th day of June, 2017.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE